

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLAYTON WILLIAMS ENERGY, INC. and CHESAPEAKE EXPORATION, L.L.C., | § | |
| | § | No. 08-14-00133-CV |
| Appellants, | § | Appeal from the |
| v. | § | 143rd District Court |
| BMT O & G TX, L.P., GOLIAD O & G TX, L.P., WD O & G TX, L.P., | § | of Reeves County, Texas |
| KEYSTONE O & G TX, L.P., and THRU LINE O & G TX, L.P., | § | (TC# 12-02-20072-CVR) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the portion of the trial court's judgment awarding title and injunctive relief to non-litigant CTV O & G TX, L.P.

We further reverse the remainder of the trial court's judgment and render judgment that the Appellees take nothing against the Appellants, in accordance with this Court's opinion. We further order this decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.